**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 01-4049**

───────────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

WILLIAM MELVIN BAIN,

Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (CR-91-53)

───────────────

Submitted:  July 31, 2001          Decided:  August 30, 2001

───────────────

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Thomas K. Berger, Reston, Virginia, for Appellant.  Kenneth E. Melson, United States Attorney, Melvin L. Otey, Special Assistant United States Attorney, Alexandria, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Melvin Bain appeals the district court's judgment and commitment order revoking supervised release and sentencing him to 24 months' imprisonment. We find that the district court had jurisdiction to conduct the hearing. We further find that Bain's right to a reasonably prompt revocation hearing was not violated. <u>See</u> <u>United States v. Scott</u>, 850 F.2d 316, 319-20 (7th Cir. 1988). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>